BRETT L. TOLMAN, United States Attorney (#8821)
KARIN M. FOJTIK, Assistant United States Attorney (#7527)
Attorneys for the United States of American
185 South State Street, Suite 400
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

FILED
U.S. DISTRICT COURT

2006 NOV 15 P 2: 53

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALLEN JOSEPH HURST<br><br>Defendant. | Judge Dale A. Kimball<br>DECK TYPE: Criminal<br>DATE STAMP: 11/15/2006 @ 13:25:56<br>CASE NUMBER: 2:06CR00798 DAK<br><br>INDICTMENT<br><br>VIO: 18 U.S.C. § 2422(b),<br>Coercion and Enticement For Illegal<br>Sexual Activity |

The Grand Jury charges:

COUNT I
(18 U.S.C. § 2422(b))

On or about November 8, 2006, in the Central Division of the District of Utah,

ALLEN JOSEPH HURST

the defendant herein, did knowingly and intentionally, by means of a facility of interstate commerce, persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a

1

criminal offense, and attempted to so persuade, induce, entice, and coerce; all in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

BRET L. TOLMAN
United States Attorney

KARIN M. FOJTIK
Assistant United States Attorney