BRETT L. TOLMAN, United States Attorney (#8821)
KARIN M. FOJTIK, Assistant United States Attorney (#7527)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
karin.fojtik@usdoj.gov
_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:06 CR 00798 DAK |
| vs. | : | POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING FACTORS |
| ALLEN JOSEPH HURST, | : | |
| Defendants. | : | JUDGE DALE A. KIMBALL |
| | : | |

_____

Pursuant to DUCrimR 32-1(b), the United States of America states that it disputes no sentencing factors in the Presentence Report submitted by the United States Probation Office.

DATED this 6th day of August, 2007.

BRETT L. TOLMAN
United States Attorney


/s/   Karin M. Fojtik
KARIN M. FOJTIK
Assistant United States Attorney